UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SMARTMATIC USA CORP., et. al.,

     Plaintiffs,

                                  Case No: 1:23-mc-22253-RKA

v.

MICHAEL J. LINDELL, et. al.,

     Defendants.

_____/

## NOTICE OF APPEARANCE AND DESIGNATION AS LEAD COUNSEL AND DESIGNATION OF EMAIL ADDRESS

**PLEASE NOTE** that Dawn M. Rapoport, P.A., and Dawn M. Rapoport, Esq. files their Appearance as LEAD COUNSEL and Designation of Email Address as counsel of record on behalf of the Respondent, Dennis Montgomery, and request that all future pleadings and correspondence be sent to the undersigned at the following contact information:

DAWN M. RAPOPORT, P.A.
Dawn M. Rapoport, Esq.
1314 East Las Olas Blvd. # 121 Fort Lauderdale, FL 33301
Telephone: 754-333-1105
Primary Email: dawn@rapoportlawgroup.com
Secondary Email: dawnmrap@gmail.com

August 10, 2023

                         Respectfully Submitted,

                         */s/Dawn M. Rapoport, Esq.*
                         Dawn M. Rapoport, Esq.
                         Fla. Bar No.: 13176
                         DAWN M. RAPOPORT, P.A.
                         1314 East Las Olas Blvd. # 121
                         Fort Lauderdale, FL 33301
                         Telephone: 754-333-1105
                         Primary Email: dawn@rapoportlawgroup.com

Secondary Email: dawnmrap@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 10, 2023, I electronically filed the foregoing Notice of Appearance and Designation as Lead Counsel, and Designation of Email Address, with the Clerk of the Court for Southern District of Florida using the CM/ECF Filing Portal and is being served this day by transmission of Notice of Electronic Filing generated by the CM/ECF e-Filing Portal to its Service List on file in this case.

By:     */s/ Dawn M. Rapoport*
Dawn M. Rapoport
FBN: 13176