**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., and SGO CORPORATION LIMITED, | Misc. Case No.: 1:23-mc-22253-RKA |
| Plaintiffs, | Underlying action pending in, and subpoena issued by, the United States District Court for the District of Minnesota, Case No. 22-cv-0098-WMV-JFD |
| v. | |
| MICHAEL J. LINDELL and MY PILLOW, INC., | |
| Defendants. | |

**CERTIFICATE OF SERVICE OF ORDER TO SHOW CAUSE**

      I HEREBY CERTIFY that a true and correct copy of the Court's September 11, 2023 Order [D.E. 24] was served on September 11, 2023 via email to counsel for the parties:

**Parties Served**

<u>Non-Party Dennis Montgomery</u>
Attorney:
Patrick McSweeney (patrick@mck-lawyers.com)
Chris Kachouroff (chris@mck-lawyers.com)

<u>Plaintiffs Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited</u>
Attorneys:
Julie M. Loftus (JLoftus@beneschlaw.com)
Michael E. Bloom (MBloom@beneschlaw.com)

Dated:  September 11, 2023  **WALTERS LEVINE & DEGRAVE**

By <u>*Heather A. DeGrave*</u>

 Heather A. DeGrave
FBN 756601
601 Bayshore Blvd., Suite 720
Tampa, FL 33606
Telephone: (813) 254-7474
Facsimile: (813) 254-7341
hdegrave@walterslevine.com
 jduncan@walterslevine.com